IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAUSHIK PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL BANK CORPORATION,<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-4762-TWT-AJB |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Kaushik Patel, by and through undersigned counsel, and hereby notifies the Court that the Parties have reached a settlement of this action and their claims brought herein.  The parties intend to file a Stipulation of Dismissal within 30 days, upon Defendant's satisfaction of conditions precedent to the parties' resolution.

Respectfully submitted this 18th day of January, 2021.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135

*Attorney for Plaintiff Kaushik Patel*

1

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Fascimilie: (404) 214-0125
amanda@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAUSHIK PATEL, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL BANK CORPORATION, <br><br> Defendant. | Civil Action No. <br><br> 1:20-cv-4762-TWT-AJB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

W. Reynold Allen
rallen@anblaw.com

Matthew D. Stefany
mstefany@anblaw.com

Douglas H. Duerr
duerr@elarbeethompson.com

Respectfully submitted this 18th day of January, 2021.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135