IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAUSHIK PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL BANK CORPORATION,<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-4762-TWT-AJB<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kaushik Patel and Defendant CENTRAL BANK CORPORATION, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page]*

Respectfully submitted this 12th day of February, 2021.

| | |
|---|---|
| **BARRETT & FARAHANY** | **ALLEN, NORTON & BLUE, P.A.** |
| s/ *Amanda A. Farahany* | s/ Matthew D. Stefany |
| Amanda A. Farahany | Matthew D. Stefany |
| Georgia Bar No. 646135 | Florida Bar No. 98790 |
| Grace A. Starling | Hyde Park Plaza, Suite 225 |
| Georgia Bar No. 464958 | 324 South Hyde Park Avenue |
| 1100 Peachtree Street, Suite 500 | Tampa, Florida 33606-4127 |
| Atlanta, GA 30309 | (813) 251-1210 |
| (404) 214-0120 | (813) 253-2006 (fax) |
| (404) 214-0125 (fax) | mstefany@anblaw.com |
| amanda@justiceatwork.com | |
| grace@justiceatwork.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAUSHIK PATEL, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL BANK CORPORATION, <br><br> Defendant. | Civil Action No. <br><br> 1:20-cv-4762-TWT-AJB <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew D. Stefany
mstefany@anblaw.com

Douglas H. Duerr
duerr@elarbeethompson.com

*[Signature on following page]*

3

Respectfully submitted this 12th day of February, 2021.

        **BARRETT & FARAHANY**

        s/ *Amanda A. Farahany*
        Amanda A. Farahany
        Georgia Bar No. 646135